BENJAMIN BAZINSKY, Doing Business under the Name of OXFORD GARAGE, et al., Appellants, *v.* KESBEC, INC., Respondent.

Argued June 5, 1941; decided July 29, 1941.

*William F. Walsh, Robert L. Levine* and *Abraham Greenbush* for appellants.

*William C. Cannon, Arthur H. Haaren* and *Harold W. Bissell* for respondent.

Judgment affirmed, with costs, on the ground that the use of defendant's premises for commercial parking of more

than five motor vehicles is lawful (see *Matter of Boardwalk and Seashore Corp.* v. *Murdock*, 286 N. Y. 494, decided herewith), and that, therefore, there is no basis for granting injunctive relief. No opinion. (See 286 N. Y. 723.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.